UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

CR 20-150 NEB/BRT

| UNITED STATES OF AMERICA, | **INDICTMENT** |
|---|---|
| Plaintiff, | 18 U.S.C. § 922(g)(1) |
| | 18 U.S.C. § 924(e)(1) |
| v. | |
| GREGORY LYNN MCCOY, | |
| Defendant. | |

THE UNITED STATES GRAND JURY CHARGES THAT:

## COUNT 1
(Armed Career Criminal in Possession of a Firearm)

On or about October 22, 2019, in the State and District of Minnesota, the defendant,

**GREGORY LYNN MCCOY,**

having previously been convicted of the following offenses, each of which was punishable by imprisonment for a term exceeding one year:

| Offense | Court | Conviction Date (on or about) |
|---|---|---|
| Burglary of an Occupied Dwelling | Stearns County | 1983 |
| Possession of a Molotov Cocktail | Hennepin County | 1986 |
| Simple Robbery | Hennepin County | 1989 |
| Attempted Third Degree Burglary | Hennepin County | 1991 |
| Aiding and Abetting Third Degree Burglary | Anoka County | 1995 |
| Receiving Stolen Property | Anoka County | 1995 |
| Assault in the Second Degree | Ramsey County | 1995 |
| Felon in Possession of a Firearm | U. S. District Court (Minnesota) | 2000 |



SCANNED
JUL 28 2020
U.S. DISTRICT COURT MPLS

and knowing he had been convicted of a crime punishable by a term of imprisonment exceeding one year, knowingly and intentionally possessed, in and affecting interstate commerce, an MC 1911 .45 caliber semi-automatic pistol, manufactured in Turkey, and bearing serial number T6368-13 AA01221.

All in violation of Title 18, United States Code, Sections 922(g)(1) and 924(e).

## FORFEITURE ALLEGATION

If convicted of Count 1 of this Indictment, the defendant shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c), any firearm with accessories or any ammunition involved in or used in any knowing violation of Section 922(g)(1), including the following firearm: that certain MC 1911 .45 caliber semi-automatic pistol, manufactured in Turkey and bearing serial number T6368-13 AA01221, and all magazines and ammunition associated with it.

If any of the above-described forfeitable property is unavailable for forfeiture, the United States intends to seek the forfeiture of substitute property as provided for in Title 21, United States Code, Section 853(p).

All in violation of Title 21, United States Code, Sections 846 and 853(a)(1) and (2).

A TRUE BILL

_____         _____
UNITED STATES ATTORNEY                FOREPERSON