UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

CR. NO. 20-150(1) (NEB/BRT)

UNITED STATES OF AMERICA,

        Plaintiff,

v.

                                        **MOTION TO RETAIN ROUGH NOTES**

GREGORY LYNN MCCOY,

        Defendant.

Defendant, by and through his attorney, respectfully moves the Court for an Order requiring all law enforcement personnel who have worked on this case to preserve and to continue to preserve all notes and memoranda originally prepared by them, regardless of the condition of those notes and regardless of whether those notes have been incorporated into other reports or memoranda that the government intends to turn over to the defendants. Depending on their contents, these rough notes may qualify as *Brady* or Jencks Act material at trial.

**WHEREFORE**, Defendant prays that this Court enter an Order requiring law enforcement personnel to preserve and maintain all rough notes relating to this matter.

                                      Respectfully submitted,

Dated: August 24, 2020          /s/ Kevin O'Brien
                                      Minnesota Attorney #80561
                                      7101 York Avenue South
                                      Suite 340
                                      Edina, MN 55435
                                      Tel: (612) 237-9510

                                      Attorney for Defendant