STATE OF MINNESOTA, COUNTY OF HENNEPIN                    DISTRICT COURT

## APPLICATION FOR SEARCH WARRANT

I, Jeff Marshall, a licensed peace officer in the State of Minnesota, make an application to this Court for a warrant to search the motor vehicle(s) described below, for the property and thing(s) described below.

I know the content of this application and affirm that the statements contained in this application are true based on my own knowledge, or are believed to be true.

I believe that the following described property and thing(s), namely:

**Controlled substances to include, but not limited to, Cocaine, Heroin, and Marijuana. Packaging equipment such as baggies, tin foil, knives, spoons, razors and scales. Documents, notes, papers, ledgers, pagers, computers including hard drives, peripherals and removable storage media, and videotapes, mobile phones and similar electronic devices that may be used to communicate for the purpose of drug transactions and/or to store electronic data related to drug trafficking such as names, phone numbers, call history, images or audio recording of drug trafficking, written or typed messages. Monies to show profit of the sale of controlled substances. Documents, receipts, letters, bills and identification to show constructive possession of the items seized. Firearms, firearm paraphernalia, and ammunition.**

is or are in the motor vehicle(s) described as:

**2003 red Dodge Durango, MN License Plate DLP311.**

located in city or township of Brooklyn Park, County of Hennepin, State of Minnesota.

I apply for a search warrant on the following grounds:

- The property or things above-described was used as means of committing a crime.
- The possession of the property or things above-described constitutes a crime.
- The property or things above-described constitutes evidence which tends to show a crime has been committed, or tends to show that a particular person has committed a crime.

The facts establishing the grounds for issuance of a search warrant are as follows:

Your affiant, Deputy Jeff Marshall, is a Deputy Sheriff and has been employed with the Hennepin County Sheriff's Office (HCSO) since December of 2002. Your affiant is currently assigned to the Violent Offender Task Force (VOTF), working in the investigation of controlled substance law violations and the apprehension of violent offenders. In this capacity, your affiant has been working directly with experienced narcotics officers and VOTF members. Your affiant has also participated in controlled buys of illegal narcotics that have led to the execution of search warrants where illegal narcotics, firearms, and narcotics proceeds were recovered. Your affiant has also attended an 80 hour law enforcement training class through the Drug Enforcement Administration which involved search and seizure, drug recognition, confidential informant management, and other legal considerations.

Your affiant is currently involved in an ongoing weapons and narcotics investigation involving Gregory Lynn McCoy DOB     /61 and John NMN Turnage DOB     /69.

On 10/15/2019, your affiant presented a daytime/nighttime unannounced search warrant for     Sheridan Ave N in Minneapolis. This search warrant was granted on 10/15/2019 by the Honorable Judge Fellman of the Hennepin County District Court.

On 10/22/2019, VOTF members set up surveillance on     Sheridan Ave N in Minneapolis while your affiant went to brief Minneapolis SWAT.

VOTF surveillance called out that the black Range Rover that is registered to John NMN Turnage DOB     /69, was pulling up near the front of     Sheridan. VOTF surveillance called out that it appeared that John Turnage was driving, and that he exited the Range Rover, and went directly into     Sheridan Ave N. Within 10 minutes, VOTF surveillance called out that John Turnage was leaving in the Range Rover.   VOTF surveillance did not follow John Turnage and the Range Rover.

A short time later, VOTF surveillance called out that the 2003 red Dodge Durango, MN License Plate DLP311 that is registered to, Gregory Lynn McCoy DOB     /61, was pulling up in front of     Sheridan Ave N. VOTF surveillance called out that it appeared as if Gregory McCoy was driving. Gregory McCoy went directly into     Sheridan Ave N.

Within a short time, John Turnage returned to     Sheridan Ave N, driving the Range Rover.

I briefed Minneapolis SWAT.

Minneapolis Swat was in route to     Sheridan Ave N when VOTF surveillance called out that John Turnage was on his way out to the Range Rover carrying a black bag.  At this point, Minneapolis SWAT was approximately 5 minutes away from     Sheridan Ave N. VOTF surveillance followed John Turnage and the Range Rover, as Minneapolis SWAT arrived at

Sheridan Ave N, and made entry.

Once Minneapolis SWAT was code 4, and the scene was deemed safe, VOTF members took control of the residence. VOTF members immediately found suspected cocaine on the floor in one of the bedrooms, and more suspected cocaine in another bedroom. I requested that HCSO Patrol Deputy Hendrickson and Deputy Preston stop John Turnage in the Range Rover, and place him under arrest for PC Narcotics. VOTF Members along with Deputies Hendrickson and Preston stopped Turnage and placed him under arrest.

Gregory Lynn McCoy DOB    /61, was inside the residence when Minneapolis SWAT made entry. Minneapolis SWAT Officer's pointed out a baggie of suspected Cocaine that McCoy threw into an open closet as Officer's entered his room. This suspected Cocaine field tested positive for the presence of Cocaine.

Due to the fact that a handgun was located inside the residence at    Sheridan Ave N, Gregory Lynn McCoy DOB    /61 was placed under arrest for PC Weapons, and was transported to the HCJ for booking.

Due to the suspected Cocaine in McCoy's room, I directed Deputy Zastera and his NPCA Certified K9 partner Buck to conduct a sniff of McCoy's 2003 red Dodge Durango, MN License Plate DLP311. K9 Buck is NPCA certified to detect the odor of narcotics. Deputy Zastera informed me that K9 Buck had alerted at the passenger side door of the 2003 red Dodge Durango, MN License Plate DLP311.

Due to the illegal narcotics found in Gregory McCoy's bedroom, along with the K9 detecting the odor of Narcotics, the 2003 Dodge Durango, MN License Plate DLP311, was towed to the HCSO Patrol Division where it was placed into a secure area. This vehicle was followed to patrol by Detective Fricke. The Range Rover was never out of Detective Fricke's sight from the scene at    Sheridan Ave N to HCSO Patrol Headquarters.

Based on your affiants training and experience, your affiant knows that it is also common for suspects involved in narcotics distribution to hide illegal narcotics and/or firearms in vehicles. This is done in effort to conceal the illicit items frompolice and also allows suspects to quickly access the items if they are outside of the residence.

Based on your affiants training and experience, your affiant knows that people who distribute controlled substances often use firearms to protect their narcotics and themselves. Further, your affiant is aware that firearms are valuable tools to people who are involved with narcotics activity. Your affiant also knows that often times people involved in these activities keep firearms well-hidden and do not dispose of them quickly unless there is threat of detection by police.

Based on your affiants training and experience, your affiant knows that individuals involved

Filed in District Court
State of Minnesota
10/24/2019 11:41 AM

Application Page 4 - 5

in illegal narcotics trafficking and illegal firearms transactions often use cellular phones, computers, thumb drives, and other electronic devices to communicate and store information related to their illicit activities. Your affiant is aware that often times it is necessary to use electronic tools and software to obtain/recover the information from these devices. Your affiant is also aware that it is a time consuming task and would not be able to be properly done at the scene. Your affiant is requesting to seize the items, but will draft a separate search warrant requesting to seize the information from these devices.

Therefore, your affiant respectfully requests a Daytime Announced Search Warrant be granted for the 2003 red Dodge Durango, MN License Plate DLP311, to search for the items listed in the search warrant.

**(End of Page)**

Filed in District Court
State of Minnesota
10/24/2019 11:41 AM

Application Page 5 - 5

I request a search warrant be issued, commanding Jeff Marshall, Rolfes, Zastera, and Barsness., peace officers of the State of Minnesota, and any other authorized person, to enter and search between the hours of 7 a.m. and 8 p.m. to search the above described motor vehicle(s) for the described property and thing(s), and to seize and keep said property and thing(s) in custody until dealt with according to law.

**I declare under penalty of perjury that everything stated in this document is true and correct.**

Applicant: <u>**Jeff Marshall**</u>

Hennepin County Sheriff
Electronically Signed
10/23/2019 8:55 AM
Hennepin County, Minnesota

Filed in District Court
State of Minnesota
10/24/2019 11:41 AM

Search Warrant Page 1 - 2

STATE OF MINNESOTA, COUNTY OF HENNEPIN                    DISTRICT COURT

## SEARCH WARRANT

TO: JEFF MARSHALL, ROLFES, ZASTERA, AND BARSNESS. PEACE OFFICERS OF THE STATE OF MINNESOTA.

WHEREAS, Jeff Marshall has this day on oath made an application to this Court for a warrant to search the following described motor vehicle(s) :

**2003 red Dodge Durango, MN License Plate DLP311.**

located in city or township of Brooklyn Park, State of Minnesota for the following described property and thing(s):

**Controlled substances to include, but not limited to, Cocaine, Heroin, and Marijuana. Packaging equipment such as baggies, tin foil, knives, spoons, razors and scales. Documents, notes, papers, ledgers, pagers, computers including hard drives, peripherals and removable storage media, and videotapes, mobile phones and similar electronic devices that may be used to communicate for the purpose of drug transactions and/or to store electronic data related to drug trafficking such as names, phone numbers, call history, images or audio recording of drug trafficking, written or typed messages. Monies to show profit of the sale of controlled substances. Documents, receipts, letters, bills and identification to show constructive possession of the items seized. Firearms, firearm paraphernalia, and ammunition.**

WHEREAS, the application of Jeff Marshall was duly presented and read by the Court, and being fully advised in the premises.

NOW, THEREFORE, the Court finds that probable cause exists for the issuance of a search warrant upon the following ground(s):

- The property or things above-described was used as means of committing a crime.
- The possession of the property or things above-described constitutes a crime.
- The property or things above-described constitutes evidence which tends to show a crime has been committed, or tends to show that a particular person has committed a crime.

The court further finds that probable cause exists to believe that the above-described property and thing(s) is or are in the above-described motor vehicle(s)

Filed in District Court
State of Minnesota
10/24/2019 11:41 AM

Search Warrant Page 2 - 2

NOW, THEREFORE, you Jeff Marshall, Rolfes, Zastera, and Barsness, peace officers of the State of Minnesota, and any other authorized person, are hereby commanded to enter and search between the hours of 7 a.m. and 8 p.m., to search the above-described motor vehicle(s), for the described property and thing(s), and to seize and keep said property and thing(s) in custody until dealt with according to law.

BY THE COURT

ISSUED ON: 23 October, 2019          **Judicial Officer: Marta M. Chou**

Judge of District Court
Electronically Signed
10/23/2019 9:18 AM

HC 6431 (1/12)

**RECEIPT, INVENTORY AND RETURN**

**STATE OF MINNESOTA, COUNTY OF** _Hennepin_ _District_ **COURT**

I, _Deputy Marshall_ , received the attached search warrant

issued by the Honorable _Judge M. Chou_ , on _10/23_, 20 _19_, and have executed it as follows:

Pursuant to said warrant, on _10/23_ , 20 _19_ , at _0953_ o'clock _a_ m.,

I searched the (premises) (motor vehicle) (person) described in said warrant, and left a true and correct copy of said warrant

(with) (in) (at) _2003 Dodge Durango, MN plate DLP311_

I took into custody the property and things listed below: (attach and identify additional sheet if necessary)

① _Insurance card for Gregory McCoy found in the glove compartment by Ralfes_

② _MC 1911 pistol, 45 Auto, S/N-TG368-13 AA01221 importer Sarac Dist. LLC, Fort Meyer, FL made in Turkey found in center console by Zastera_

③ _3 magazines for 1911 pistol w/ rounds, 1 mag from pistol, 2 from center console by Zastera_

(Strike when appropriate:)

I left a receipt for the property and things listed above with a copy of the warrant.

~~None of the items set forth in the search warrant were found.~~

I shall (retain) or (deliver) custody of said property as directed by Court order.

_Deputy Marshall #390_ , being first duly sworn, upon oath, deposes and says that he/she has read the foregoing receipt, inventory and return and the matters stated are true and correct, except as to such matters stated therein on information and belief, and as to those, he believes them to be true.

Subscribed and sworn to before me this

_24_ day of _October_, 20 _19_

_Samantha Grates_ _Hennepin_ _M Mall #390_

Notary Public,                County, MN                        Signature

My commission expires _1/31/23_

SAMANTHA J. GRATES
Notary Public – Minnesota
Comm. #1025225500036
My Comm. Expires Jan. 31, 2023

WHITE – FILE COPY          CANARY – PREMISES/PERSON COPY