UNITED STATES DISTRICT COURT
DISTRICT COURT OF MINNESOTA
Cr. 20-150 (NEB/BRT)

---

UNITED STATES OF AMERICA,

       Plaintiff,

vs.                                                       NOTICE

GREGORY LYNN MCCOY,
       Defendant.

---

The undersigned counsel and counsel for the government have met and conferred with respect to the above defendant's "Motion for Ineffective Counsel", filed with the Court on September 17, 2010 as docket #34. Counsel agree that the defendant is requesting appointment of new counsel. They jointly request that the Court first hear the defendant's grievances and reasons for his request for new counsel. During that portion of the hearing, the government feels that it should absent itself from the courtroom.

Should the Court deny the defendant's motion for new counsel, counsel agree that the hearing should proceed. Should the defendant's motion be granted, the hearing on defendant's motions should be continued.

Respectfully submitted

September 22, 2020                                                            Kevin M. O'Brien #80561
                                                                                 Attorney for Defendant