# IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF MINNESOTA
# CRIMINAL MOTION HEARING

UNITED STATES OF AMERICA,

        Plaintiff,

v.

Gregory Lynn McCoy (1),

        Defendant.

## COURT MINUTES
BEFORE:  Becky R. Thorson
U.S. Magistrate Judge

| | |
|---|---|
| Case No: | 20-150 (NEB/BRT) |
| Date: | September 24, 2020 |
| Court Reporter: | Lynne Krenz |
| Courthouse: | St. Paul |
| Courtroom: | 6A |
| Time Commenced: | 10:01 a.m. |
| Time Concluded: | 10:47 a.m. |
| Time in Court: | 0 Hours & 30 Minutes |
| Hearing Type: | Oral Argument |

APPEARANCES:

Plaintiff:  David J. MacLaughlin, Esq., Joseph Teirab, Esq., Assistant U.S. Attorneys
For Defendant Gregory Lynn McCoy (1):     Kevin M. O'Brien, CJA

Interpreter / Language:     n/a

Deft(s). addtl briefs due:  **N/A**    Govt. addl briefs due:  **N/A**

Non-Dispositive motions taken under advisement as of today:  **N/A**
Dispositive motions taken under advisement as of **9/24/2020**:  **N/A**

☒ ORDER TO BE ISSUED     ☐ NO ORDER TO BE ISSUED     ☐ R&R TO BE ISSUED     ☐ NO R&R TO BE ISSUED

☐ Exhibits retained by the Court    ☐ Exhibits returned to counsel    ☐ Text order to be entered by Clerk's Office

Reset Hearings:
Voir Dire/Jury Instruction/Trial Date: to be determined

Additional Information: The Court GRANTED Defendant's Motion for Ineffective Counsel (**Doc. No. 34**). A short order shall follow. The remaining motions that were scheduled to be heard today will be heard at a later date once new defense counsel has been appointed.

                                                                                                             s/James G. Sadkovich
                                                                                                             Signature of Law Clerk