## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| United States of America,<br><br>Plaintiff,<br><br>v.<br><br>Gregory Lynn McCoy,<br><br>Defendant. | Crim. No. 20-150 (NEB/BRT)<br><br>**ORDER** |

David J. MacLaughlin, Esq., and Joseph Teirab, Esq., Assistant United States Attorney, counsel for Plaintiff.

Kevin M. O'Brien, Esq., counsel for Defendant.

In the Court's Order at Doc. No. 38, the Court inadvertently made it sound as though the Court agreed with Defendant's characterization of the motion as one based on "ineffective counsel." The Court does not agree with that characterization, and therefore hereby **VACATES** the Order at Doc. No. 38. A new order will issue.

Date:  September 28, 2020

                                                              *s/ Becky R. Thorson*
                                                            BECKY R. THORSON
                                                            United States Magistrate Judge