UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 20cr150 NEB/BRT

United States of America,

          Plaintiff,

v.                                                         **ORDER FOR APPOINTMENT OF SUBSTITUTE COUNSEL**

Gregory Lynn McCoy,

          Defendant.

The Court has determined that the defendant in the above matter is financially unable to employ counsel and finds that it is in the interest of justice that substitute counsel be assigned.

IT IS HEREBY ORDERED that Matthew Mankey, Attorney ID 230303, is appointed as substitute counsel, replacing Kevin O'Brien, pursuant to 18 U.S.C. § 3006A.

Dated: September 28, 2020         *s/ Becky R. Thorson*
                                                  Honorable Becky R. Thorson
                                                  United States Magistrate Judge