# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| United States of America,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>Gregory Lynn McCoy,<br><br>　　　　　　　Defendant. | Crim. No. 20-150 NEB/BRT<br><br>**ORDER** |

　　　　This matter is before the Court on Defendant's Motion to Waive Time Under the Speedy Trial Act (Doc. No. 43) and Statement of Facts in Support of Exclusion of Time Under the Speedy Trial Act (Doc. No. 44).

　　　　Defense counsel was recently appointed in this matter and now seeks additional time to review the file and speak with his client. (Doc. No. 44 at 1.) The Government does not object and joins in the present motion. (*Id.*) For good cause shown, the motion is granted and the criminal motions hearing is continued to **December 2, 2020, beginning at 1:00 p.m.** In order to allow both the Government and defense counsel sufficient time to review the discovery and prepare for trial under the circumstances, and pursuant to 18 U.S.C. § 3161(h)(7)(B)(i) and (iv), the Court finds that the ends of justice served by the granting of such continuance outweigh the interest of the public and the Defendant in a speedy trial. This finding is based on the facts set forth in Defendant's Motion to Waive Time Under the Speedy Trial Act (Doc. No. 43) and Statement of Facts in Support of Exclusion of Time Under the Speedy Trial Act (Doc. No. 44).

**IT IS HEREBY ORDERED** that:

1. Defendant's Motion to Waive Time Under the Speedy Trial Act (Doc. No. 43) is **GRANTED**;

2. The criminal motions hearing is rescheduled to **December 2, 2020,** beginning at 1:00 p.m. in Courtroom 6A before the undersigned United States Magistrate Judge;

3. The trial and other related dates will be scheduled at a later date; and

4. The period of time from **October 12, 2020 through December 2, 2020,** shall be excluded from the Speedy Trial Act computations in this case.

Dated: October 14, 2020                  *s/ Becky R. Thorson*
                                         BECKY R. THORSON
                                         United States Magistrate Judge