Gregory McCoy
Sherburne County Jail
13880 Business Center Drive N.W.
Elk River, MN 55330

RECEIVED BY MAIL
NOV 30 2020
CLERK, U.S. DISTRICT COURT
ST. PAUL, MN

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| Plaintiff, ) | |
| vs. ) | Case no. 20-cr-150 NEB/BRT |
| Gregory McCoy ) | Notice to proceed Pro-Se. |
| Defendant. ) | |

COMES NOW the defendant, Gregory McCoy, hereby gives motion for termination of counsel from Mathew Mankey and to appoint Mr. Mankey as stand by counsel being that there are some internal issues pertaining to strategy and what direction to take. This has caused a conflict of interest.

I respectfully request that this court appoint me (Mr. McCoy) as Pro-Se, and allow Mr. Mankey to be stand by counsel at the earliest convenience.

Respectfully submitted this 23rd day of November, 2020.

Gregory McCoy

SCANNED
NOV 30 2020
U.S. DISTRICT COURT ST. PAUL