# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

## CRIMINAL MOTION HEARING VIA ELECTRONIC MEANS

UNITED STATES OF AMERICA,

        Plaintiff,

v.

Gregory Lynn McCoy (1),

        Defendant.

## COURT MINUTES
BEFORE:  Becky R. Thorson
U.S. Magistrate Judge

| | |
|---|---|
| Case No: | 20-150 (NEB/BRT) |
| Date: | February 4, 2021 |
| Court Reporter: | Erin Drost |
| Courthouse: | St. Paul |
| Courtroom: | Remote |
| Time Commenced: | 9:11 a.m. |
| Time Concluded: | 9:48 a.m. |
| Time in Court: | 0 Hours & 37 Minutes |
| Hearing Type: | Oral Argument |

APPEARANCES:

Plaintiff:  David J. MacLaughlin, Esq., Joseph Teirab, Esq., Assistant U.S. Attorneys
For Defendant Gregory Lynn McCoy (1):    Matthew Mankey, CJA

Interpreter / Language:    n/a

Hearing on:    Defendant's Motion to Proceed Pro Se with Standby Counsel (Doc. No. 58).

Deft(s). addtl briefs due:  **N/A**    Govt. addl briefs due:  **N/A**

Non-Dispositive motions taken under advisement as of today:  **N/A**
Dispositive motions taken under advisement as of **2/4/2021**:  **N/A**

☒ ORDER TO BE ISSUED    ☐ NO ORDER TO BE ISSUED    ☐ R&R TO BE ISSUED    ☐ NO R&R TO BE ISSUED

☐ Exhibits retained by the Court    ☐ Exhibits returned to counsel    ☐ Text order to be entered by Clerk's Office

Reset Hearings:
Voir Dire/Jury Instruction/Trial Date: to be determined

Additional Information: As stated on the record, Defendant's Motion to Proceed Pro Se with Standby Counsel (Doc. No. 58) is **GRANTED IN PART** and **DENIED IN PART**. A short order shall follow.

                                                  s/JGS
                                   Signature of Law Clerk