UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

CR. NO. 20-150(1) (NEB/BRT)

---

UNITED STATES OF AMERICA,

    Plaintiff,

v.

GREGORY LYNN MCCOY,

    Defendant,

MOTION FOR HEARING
PURSUANT TO
FRANKS V. DELAWARE

---

Defendant, moves the Court to conduct an evidentiary hearing to examine the statements made in support of the search warrant relied upon to justify the search of the residence on Sheridan Avenue North in Minneapolis.

As contemplated by *Franks v. Delaware*, 438 U.S. 154 (1978), a Defendant is entitled to a hearing upon showing that a search warrant affidavit contains statements made with a reckless disregard for the truth that affected the Magistrate's finding of probable cause.

    As set forth in a separately filed Memorandum, Mr. McCoy makes the necessary showing and respectfully request that the Court schedule a *Franks* hearing at its convenience.

Dated February 4, 2021

Respectfully submitted

/s/ Gregory L. McCoy
Sherburne County Jail
13880 Business Center Dr. NW.
Suite 200
Elk River. MN. 55330

1