# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| United States of America, | Crim. No. 20-150 (NEB/BRT) |
| Plaintiff, | |
| v. | **ORDER** |
| Gregory Lynn McCoy, | |
| Defendant. | |

Pursuant to the Court's February 12, 2021 Order (Doc. No. 81), Defendant Gregory Lynn McCoy has filed a letter confirming which motions he intends to maintain and which motions he would like to withdraw. (Doc. No. 84.) McCoy also confirms that he does not consent to a video hearing. (*Id.*) As previously indicated, a hearing will be set on the motions after the Government's response has been filed.

In his letter, McCoy indicates that he intends to call five witnesses at his motions hearing. He also requests "proper forms to have them subpoenaed." (*Id.*) McCoy is hereby directed to work with his stand-by counsel, Jordan Kushner, who can assist McCoy with the procedure for obtaining and serving subpoenas consistent with the Federal Rules of Criminal Procedure and with communications with the Government's counsel as to whether the Government will agree to produce any of the witnesses McCoy identifies without the need for a subpoena.

**SO ORDERED.**

Date:  February 24, 2021

*s/ Becky R. Thorson*
BECKY R. THORSON
United States Magistrate Judge