UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal Case No. 20-150 (NEB/BRT)

UNITED STATES OF AMERICA,       )
                                )
                  Plaintiff,    )
        v.                      )                    **ORDER**
                                )
GREGORY LYNN MCCOY,             )
                                )
                  Defendant.            )

The Court has previously determined that the defendant Gregory McCoy in the above matter is financially and unable to employ counsel and found that it is in the interest of justice that counsel be assigned. After counsel was appointed, Mr. McCoy requested and was granted approval to proceed pro se, and Jordan S. Kushner was appointed as standby counsel. Mr. McCoy has now requested that Mr. Kushner assume representation of him in these proceedings. The Court finds that it is in the interests of justice for Mr. McCoy to be represented by counsel.

IT IS HEREBY ORDERED that Jordan Kushner, Attorney ID 219307, is appointed as to represent Mr. McCoy as counsel of record pursuant to 18 U.S.C. § 3006A.

Dated: May 25, 2021                      *s/ Becky R. Thorson*_____
                                         BECKY R. THORSON
                                         United States Magistrate Judge