USA v McCoy 20-150
11-1-21
Jury Ques U #1
Ct of 10-351

#1

ARE THE MAGAZINES and/or BULLETS CONSIDERED "FIREARMS"

SCANNED
NOV 03 2021
U.S. DISTRICT COURT ST. PAUL